# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tigar, Jon S. | 2. Court or Organization<br><br>U.S. District Court for the Northern District of California | 3. Date of Report<br><br>08/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial  ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Trust #1 |
| 2. | Director | Trust #2 |
| 3. | Director | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Matthew Bender | $1,423.64 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | The Durfee Foundation - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Antitrust | January 7-10, 2017 | Palm Beach, FL | Attend Section Leadership Meeting | Transportation, meals, hotel |
| 2. | American Bar Association, Section of Litigation | March 27-31, 2017 | Washington, D.C. | Attend Section Annual Meeting and make presentation | Transportation, meals, hotel |
| 3. | American Bar Association, Section of Litigation | August 15-17, 2017 | Dana Point, CA | Attend Section Leadership Meeting | Transportation, meals, hotel |
| 4. | American Law Institute | September 7-8, 2017 | Philadelphia, PA | Attend Advisers Meeting Re Restatement of Torts | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

| 5. | American Bar Association, Business Law Section Annual Meeting | September 14-15, 2017 | Chicago, IL | Make presentation | Transportation, meals, hotel |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. DFA Commodity Strategy Portfolio | A | Dividend | K | T | | | | | |
| 2. DFA Emerging Markets Portfolio | A | Dividend | K | T | | | | | |
| 3. DFA International Small Company Portfolio | B | Dividend | K | T | | | | | |
| 4. IndexIQ Merger Arbitrage ETF | A | Dividend | L | T | | | | | |
| 5. iShares 1-3 Year Credit Bond | C | Dividend | N | T | | | | | |
| 6. Pimco Stocksplus Intl Fd Usd Hedged D | A | Dividend | M | T | | | | | |
| 7. PRIMECAP Odyssey Aggressive Growth Fund | D | Distribution | M | T | | | | | |
| 8. Thompson Bond Fund (X) | C | Dividend | L | T | | | | | |
| 9. TIAA-CREF Traditional Annuity | | None | K | T | | | | | |
| 10. Vanguard FTSE All-World ex-US Index Fund | A | Dividend | K | T | | | | | |
| 11. Schwab Money Market Accounts -- Cash | A | Int./Div. | L | T | | | | | |
| 12. Bank of America Accounts | A | Interest | J | T | | | | | |
| 13. Trust #1 | | | | | | | | | |
| 14. -- Artisan Global Opportunities Fund | A | Distribution | M | T | | | | | |
| 15. -- Avery Dennison Corp Common Stock | C | Dividend | O | T | | | | | |
| 16. -- DFA Commodity Strategy Portfolio | A | Dividend | L | T | | | | | |
| 17. -- DFA Emerging Markets Portfolio | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- DFA Global Real Estate Securities Portfolio | D | Dividend | M | T | | | | | |
| 19. -- DFA International Small Company Portfolio | A | Dividend | L | T | | | | | |
| 20. -- IndexIQ Merger Arbitrage ETF | A | Dividend | L | T | | | | | |
| 21. -- Oakmark Global Fund | A | Dividend | L | T | | | | | |
| 22. -- PRIMECAP Odyssey Aggressive Growth Fund | E | Dividend | N | T | | | | | |
| 23. -- Schwab 1000 Index Fund | E | Dividend | P1 | T | | | | | |
| 24. -- Vanguard Dividend Appreciation Index Fund | C | Dividend | M | T | | | | | |
| 25. -- Vanguard FTSE All-World ex-US Index Fund | C | Dividend | M | T | | | | | |
| 26. -- Vanguard Mid-Cap Index Fund | A | Dividend | M | T | | | | | |
| 27. -- Vanguard Short-Term Investment-Grade Fund | D | Dividend | N | T | | | | | |
| 28. -- Vanguard Small-Cap Growth Index Fund | B | Dividend | M | T | | | | | |
| 29. -- Schwab Money Market Fund | A | Int./Div. | M | T | | | | | |
| 30. Trust #2 (X) | | | | | | | | | |
| 31. -- Avery Dennison Common Stock | A | Dividend | K | T | | | | | |
| 32. -- Janus Flexible Bond Fund | A | Dividend | K | T | | | | | |
| 33. -- Vanguard Dividend Appreciation Index Fund | A | Dividend | K | T | | | | | |
| 34. -- Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #3 (X) | | | | | | | | | |
| 36. -- Artisan Global Oppty Inv Cl | A | Dividend | L | T | | | | | |
| 37. -- Driehaus Emerging Markets Growth Fund | A | Dividend | J | T | | | | | |
| 38. -- iShares Core S&P 500 | B | Dividend | L | T | | | | | |
| 39. -- Janus Flexible Bond Fund | A | Dividend | K | T | | | | | |
| 40. -- PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | M | T | | | | | |
| 41. -- Schwab Fdmtl US Sm Co Idx | A | Dividend | K | T | | | | | |
| 42. -- Vanguard Dividend Appreciation Index Fund | A | Dividend | K | T | | | | | |
| 43. Schwab Money Market Fund | A | Int./Div. | M | T | | | | | |
| 44. Trust #4 (X) | | | | | | | | | |
| 45. -- Arbitrage Fund Class I | A | Dividend | K | T | | | | | |
| 46. -- DFA Global Real Estate Securities I | B | Dividend | K | T | | | | | |
| 47. -- PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | | | | | |
| 48. -- Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 49. -- Vanguard Extended Market Index Fund | A | Dividend | L | T | | | | | |
| 50. -- Vanguard FTSE All-World Ex-US Index Fund | C | Dividend | M | T | | | | | |
| 51. -- Vanguard Short Term Investment Grade Fund | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -- Vanguard Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 08/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jon S. Tigar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544